UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WEINRAUB,

        Plaintiff,        Case No. 2:22-cv-12225

v.

                        Hon. Shalina D. Kumar

J.J. MARSHALL & ASSOCIATES, INC.,

        Defendant.
_____/

## JUDGMENT

Judgment is entered against defendant J.J. Marshall & Associates, Inc. in the total amount of Two Thousand Five Hundred Dollars ($2,500.00), plus reasonable attorneys' fees and taxable costs incurred in this action prior to expiration of the offer of judgment.

This judgment is entered in accordance with the Offer of Judgment (ECF No. 14) is to be in total settlement of any and all claims by Plaintiff against Defendant J.J. Marshall & Associates, Inc.

                                          KINIKIA ESSIX

Dated: August 4, 2023                   By: s/Julie Owens
                                                Deputy Clerk

Approved:

s/Shalina D. Kumar
U.S. District Court Judge